WILLIAM RIORDAN, Appellant, v. CLARINE L. MOORE and HERBERT SCHAEFER, Respondents.— Judgment reversed upon the law and a new trial granted, with costs to abide the event, on the ground that the court erred in its charge at folio 395 of the record, and in refusing to charge the request at folio 407. Jaycox,

---

\* See Lien Law, § 3.— [REP.

Kelby, Young and Kapper, JJ., concur; Kelly, P. J., dissents, and votes to affirm, upon the ground that the charge of the trial court, taken as a whole, fairly presented the duties and obligations of the parties to the jury.